**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Roy KNIGHT, a/k/a Little Roy,**
**Defendant—Appellant.**

No. 09–6311.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2009.

Decided: June 1, 2009.

Roy Knight, Appellant Pro Se. Michael Steven Dry, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Knight appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Knight*, No. 3:03–cr–00163–JRS–1 (E.D.Va. Jan. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*